IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRANCE BIVINGS,  :  CIVIL ACTION
       Petitioner,  :
         :
v.  :
         :
DAVID L. WAKEFIELD, et al.,  :  NO. 07-929
       Respondents.  :

FILED
JUN 22 2007
MICH_____, Clerk
By_____ Dep. Clerk

ORDER

BERLE M. SCHILLER, J.

AND NOW, this 21 day of JUNE, 2007, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, and Objections thereto, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
BERLE M. SCHILLER, J.