IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE BIVINGS, | : | |
| Petitioner, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID L. WAKEFIELD, et al., | : | No. 07-929 |
| Respondents. | : | |

**ORDER**

**AND NOW,** this **15th** day of **December, 2009,** upon consideration of Magistrate Judge Caracappa's Report and Recommendation (Doc. No. 29), Petitioner's Objections to Report and Recommendation (Doc. No. 30), oral argument on the objections, and a review of the record, it is hereby **ORDERED** that:

1. The Report and Recommendation of United States Magistrate Judge Linda Caracappa dated October 31, 2009 is **APPROVED AND ADOPTED.**

2. Petitioner's Objections to the Report and Recommendation are **OVERRULED.**

3. The Amended Petition for Writ of Habeas Corpus (Doc. No. 26) is **DENIED**.

4. A certificate of appealability **SHALL NOT ISSUE.**

BY THE COURT:

**Berle M. Schiller, J.**