# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRANCE BIVINGS,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **DAVID L. WAKEFIELD, et al.,** | : | **No. 07-929** |
| Respondents. | : | |

## ORDER

**AND NOW**, this **7th** day of **October, 2020**, upon consideration of Petitioner, Terrence Bivings' Motion for Relief Pursuant to Fed. R. Civ. P. 60(b), Respondents' Opposition, and for the reasons outlined in this Court's Memorandum dated October 7, 2020, it is hereby **ORDERED** that the Motion (Document No. 38) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller
Berle M. Schiller, J.

1